UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brian Hartvigsen,<br><br>                       Plaintiff,<br>  v.<br><br>Northstar Location Services, LLC; and DOES 1-10, inclusive,<br><br>                       Defendant. | Civil Action No.: 1:15-cv-00546-JTC |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 17, 2015

                                            Respectfully submitted,

                                            PLAINTIFF, Brian Hartvigsen

                                            /s/ Sergei Lemberg

                                            Sergei Lemberg, Esq. (SL 6331)
                                            **LEMBERG LAW, L.L.C.**
                                            300 International Drive, Suite 100
                                            Williamsville, NY 14221
                                            Telephone: (203) 653-2250
                                            Facsimile: (203) 653-3424
                                            slemberg@lemberglaw.com
                                            Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sergei Lemberg

      Sergei Lemberg