UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brian Hartvigsen, | : |
| | : |
| | : Civil Action No.:  1:15-cv-00546-JTC |
| Plaintiff, | : |
| v. | : |
| | : |
| Northstar Location Services, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Brian Hartvigsen ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 20, 2015

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg (SL 6331)
LEMBERG LAW L.L.C.
300 International Drive, Suite 100
Williamsville, NY 14221
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sergei Lemberg

                                            Sergei Lemberg